IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JOE M. JUNGUZZA<br><br>　　v.<br><br>GEMALTO, INC. | CIVIL ACTION<br><br>NO. 13-4422 |
|---|---|

## ORDER RE: DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**AND NOW**, this  6th  day of August, 2014, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment (ECF 26), is **GRANTED** as to Plaintiff's claims for retaliation under the Uniformed Services Employment and Re-Employment Act and for violations of the Pennsylvania Wage Payment and Collection Law, and **DENIED** as to Plaintiff's claim for wrongful termination under the Uniformed Services Employment and Re-Employment Act.

BY THE COURT:

/s/ Michael M. Baylson

_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 13\13-4422 junguzza v. gemalto\13cv4422.msj.order.docx